CHARLES L. MERRICK *vs.* HAMPDEN-WILBRAHAM REGIONAL DISTRICT SCHOOL COMMITTEE & others. March 4, 1974. This is an appeal from an interlocutory decree sustaining the respondents' demurrer to the petitioner's bill in equity which was filed in a Probate Court. G. L. c. 215, § 9. An appeal from such an interlocutory decree cannot reach this court unless brought up with an appeal from a final decree, or unless the underlying question is reported by the judge under the provisions of G. L. c. 215, § 13. *Slater* v. *Munroe,* 313 Mass. 538, 540 (1943). *Clark* v. *Clark,* 325 Mass. 760 (1950). *Lynde* v. *Vose,* 326 Mass. 621, 622 (1951). *La Raia* v. *La Raia,* 329 Mass. 92, 93 (1952). An examination of the docket entries in this case fails to disclose the entry of a final decree, and no question has been reported. The appeal is, therefore, not properly before us. We feel, however, that this may be an appropriate occasion (see *Stow* v. *Commissioner of Corps. & Taxn.* 336 Mass. 337, 339 [1957]) for us to indicate our view that G. L. c. 71, § 16(c), does not require appropriation by two thirds vote of each constituent town in a regional school district prior to a taking of land which is effected pursuant to a vote of the regional district school committee.

*Appeal dismissed.*

*John M. Fitzgerald* for the petitioner.
*John W. Hird, II,* for the respondents.